IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

MICHAEL A. BRIGHT, )
)
    Plaintiff, )
)
v. ) CASE NO. CV417-194
)
JOHN T. WILCHER, Sheriff, MR. )
FREESEMAN, Chief Administrator,)
MR. ODELL, Head of )
Classification, MS. MILLER, )
MS. PERRY, ALL SENIOR STAFF )
MEMBERS OF CHATHAM COUNTY JAIL,)
)
    Defendants. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation, to which no objections have been filed. (Doc.9.) After careful review, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, this action is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 7th day of December 2018.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA