# United States District Court
## Southern District of Georgia

MICHAEL A. BRIGHT,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:17cv-194

JOHN T. WILCHER, Sheriff, MR.
FREESEMAN, Chief Administrator,
MR. ODELL, Head of
Classification, MS. MILLER,
MS. PERRY, ALL SENIOR STAFF
MEMBERS OF CHATHAM COUNTY JAIL

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's order dated December 7, 2018 adopting the Report and

Recommendations of the U.S. Magistrate Judge, this case is dismissed without prejudice.

This case stands closed



December 7, 2018           Scott L. Poff
Date           Clerk

*James R. Burnell*
(By) Deputy Clerk